# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE A. GARCIA,<br><br>      Petitioner,<br>   v.<br>JEFFREY A. BEARD,<br><br>      Respondent. | Case No. SA CV 14-01317 R (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 16, 2016

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE